EDWARD LASKA, Respondent, v. CHARLES K. HARRIS,
                    Appellant.

Reported below, 154 App. Div. 932.
(Argued April 12, 1915; decided April 20, 1915.)

MOTION to dismiss an appeal, by permission, from a
judgment of the Appellate Division of the Supreme Court
in the first judicial department, entered January 8, 1913,
affirming a judgment in favor of plaintiff entered upon
a verdict in an action to recover for an alleged breach of
contract of employment.

The motion was made upon the ground of failure to
prosecute the appeal.

*Alexander A. Mayper* for motion.

*Adolph H. Rosenfeld* opposed.

Motion denied, without costs.

---

STEPHEN MERRITT BURIAL AND CREMATION COMPANY,
    Respondent, v. STEPHEN MERRITT COMPANY et al.,
    Appellants.

(Submitted April 12, 1915; decided April 20, 1915.)

MOTION to amend remittitur.   (See 214 N. Y 676.)

Motion granted and remittitur amended by inserting
after the word "business" near the end of paragraph
beginning with the word "whereupon," the following:
"Striking out all allowance of costs to plaintiff in the
Special Term and in the Appellate Division as against the
individual defendants."

---

SAMUEL M. HITCHCOCK, as Assignee for the Benefit of
    Creditors of F. W. HALLAM & COMPANY, Respondent,
    v. CAFÉ RAUB, INCORPORATED, Appellant.

(Submitted April 12, 1915; decided April 20, 1915.)

Motion for re-argument denied, with ten dollars costs.
(See 214 N. Y. 687.)